**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NO. SA-17-CR-380-DAE |
| | § | |
| | § | |
| VERNON FARTHING, III (2); | § | |
| | § | |
| Defendants. | § | |

## UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT # | DESCRIPTION | EXPECTS TO OFFER | MAY OFFER | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1 | 7.9.04 R3 PNA Reeves contract | X | | | |
| 2 | 2004 Jul 1 MS Proposal-UCF | | X | | |
| 3 | 7.5.05 email GEO to Farthing with CAR 5 announcement | X | | | |
| 4 | 7.13.05 letter PNA to GEO re HSA | X | | | |
| 5 | 7.18.05 letter PNA to GEO with new HSA proposal for R3 | X | | | |
| 6 | 7.21.05 email Brock to Farthing transmitting CAR 5 Contract-PNA to GEO | | X | | |
| 7 | 7.21.05 email Farthing to GEO transmitting CAR 5 Contract | X | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | 7.29.05 email Brock to Farthing with CAR 5 formal proposal | | X | | | |
| 9 | 7.29.05 email Farthing to GEO with CAR 5 Medical Services Contract | X | | | | |
| 10 | 8.5.05 Email Brock to Farthing with CAR 5 formal contract | | X | | | |
| 11 | 11.28.05 Email GEO to Farthing with full medical CAR 5 submission including 8.10.05 full proposal signed by Farthing | | X | | | |
| 12 | 9.1.06 Letter Farthing submitting PNA proposal to Reeves' County commissioners for CAR 5 contract | X | | | | |
| 13 | 6.30.06 email Farthing to GEO transmitting final CAR 5 PNA Contract 7.5.06 reply with GEO approval | X | | | | |
| 14 | 7.31.06 Email Farthing to Gonzales to Galindo transmitting CAR 5 PNA contract w/ revised pricing | X | | | | |
| 15 | 9.13.06 signed PNA Reeves contract | X | | | | |
| 16 | 5.24.06 CAR 5 Award BOP to Reeves. 8.17.06 acceptance by Galindo | X | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 17 | 7.30.08 Email Farthing to Galindo requesting meeting | X | | | |
| 18 | 8.10.05 Formal PNA proposal to Reeves for CAR 5 contract | X | | | |
| 19 | 1.29.07 email Galindo Farthing re help on R1 R3 | X | | | |
| 20 | 2.5.07 Email Galindo Farthing re help on R1 | X | | | |
| 21 | 8.22.06 email Uresti-Farthing-Galindo re meeting and follow up in Fort Stockton | X | | | |
| 22 | 9.12.06 Agenda Reeves County Commissioners' Court | X | | | |
| 23 | 9.19.06 4:44pm Email Farthing to Galindo with proposed draft of Uresti letter | X | | | |
| 24 | 9.19.06 email Farthing-Galindo-Uresti with Galindo drafts of Uresti letter | X | | | |
| 25 | 9.20.06 email Farthing to Galindo with Uresti contract (unsigned) | X | | | |
| 26 | 9.20.06 Uresti consulting letter (dated 9.15.06) with 9.20.06 $10,000 check | X | | | |
| 27 | 1.4.07 TPS formation | X | | | |
| 28 | 5.12.06 Email Galindo to Uresti TPS name available | X | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 29 | 5.17.06 Email Galindo to Uresti stating TPS opportunity | X | | | |
| 30 | Summary Reeves County to PNA for R1R2 2005-present | X | | | |
| 31 | 5.1.06 Email Galindo to Uresti with in kind contribution for flights | X | | | |
| 32 | 7.6.06 Email Farthing to GEO and Galindo with R1R2 proposal | | X | | |
| 33 | 11.27.06 Email Galindo –Farthing re working together in next year | X | | | |
| 34 | 2.13.07 Email Farthing Galindo transmitting R1R2 contract referencing verbal discussion | X | | | |
| 35 | 4.25.07 Email Farthing Galindo re meeting | X | | | |
| 36 | 9.6.07 email Galindo – Farthing re issues with R3 contract | | X | | |
| 37 | 3.12.07 R1R2 Contract | | X | | |
| 38 | 12.12.06 Notice to Proceed on R3 CAR 5 Contract signed by Galindo | X | | | |
| 39 | 10.27.06 Email Farthing-Darter re setting up auto payment | X | | | |
| 40 | 8.4.10 letter Farthing to Contreras renewal of PNA MSA contract | X | | | |

| | | | | | |
|---|---|---|---|---|---|
| 41 | 8.19.05 Reeves County/GEO submission to BOP for CAR 5 | | X | | |
| 42 | 9.12.06 Audio Reeves County Commissioners' meeting | X | | | |
| 42-A | Transcript of 9.12.06 Audio Reeves County Commissioners' meeting | X | | | |
| 43 | 9.13.06 Audio Reeves County Commissioners' meeting p1 | X | | | |
| 43-A | 9.13.06 Audio Reeves County Commissioners' meeting p1 transcript | X | | | |
| 44 | 9.13.06 Audio Reeves County Commissioners' meeting p2 | X | | | |
| 44-A | 9.13.06 Audio Reeves County Commissioners' meeting p2 transcript | X | | | |
| 45 | 10.15.10 Email Farthing Lisa Uresti re backdated invoice | X | | | |
| 46 | 10.15.10 Email Farthing to Lisa Uresti asking to make back dated invoice | X | | | |
| 47 | Farthing HR File | X | | | |
| 48 | 9.19.06 5:31 PM Email Galindo to Farthing with suggestions on Uresti letter | X | | | |

| | | | | | |
|---|---|---|---|---|---|
| 49 | 1.20.11 Email Galindo Farthing with Uresti invoice | X | | | |
| 50 | 3.26.11 Email Galindo transmits Uresti invoice | X | | | |
| 51 | 4.27.11 Email Galindo to Farthing transmitting Uresti invoice | X | | | |
| 52 | 6.14.11 Email Farthing to Smith/Frey stating Uresti is consultant services | X | | | |
| 53 | 3.5.12 Email Galindo to Farthing transmitting Uresti invoice and needing help with them | X | | | |
| 54 | 3.21.12 Email Farthing – Houston re Galindo calling complaining of money cut | | X | | |
| 55 | 3.22.12 Email Farthing trying to get Uresti invoice paid | X | | | |
| 56 | 9.30.16 Termination letter Uresti | X | | | |
| 57 | Uresti JNC for Conviction | | X | | |
| 58 | Uresti not licensed as lobbyist | | X | | |
| 59 | 9.26.11 Email Farthing Galindo sending and approving Uresti invoice | X | | | |
| 60 | 10.15.10 Email Farthing-Lisa Uresti-Jed Smith with back dated invoice | X | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | 7.27.11 email Galindo Farthing re invoice being approved | | X | | | |
| 62 | 5.29.11 Email Farthing approving Uresti invoice as transmitted by Galindo | X | | | | |
| 63 | 6.27.11 Email Farthing stating will check with Jimmy to get Uresti invoice | X | | | | |
| 64 | 3.8.12 email Farthing checking on status of payments to Uresti | X | | | | |
| 65 | 1.14.09 email Farthing to Galindo stating forward billing address so PNA could pay expenses | X | | | | |
| <u>66</u> | <u>Summary Reeves County to PNA for R3 2005-present</u> | <u>X</u> | | | | |
| <u>67</u> | <u>BOP payment history log under CAR 5 to Reeves</u> | <u>X</u> | | | | |
| 68 | 9.23.10 Email Farthing-Galindo asking Uresti to send invoice | X | | | | |
| 69 | Amendments to PNA-Reeves R3 CAR 5 contract | X | | | | |
| <u>70</u> | <u>Summary Flow of Funds Reeves to Galindo</u> | <u>X</u> | | | | |
| 71 | 9.12.06 Minutes for Reeves County Commissioner court | X | | | | |
| 72 | 1.17.07 Award of CAR 6 to Reeves | | X | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 73 | 6.30.06 CAR 6 solicitation by Galindo | X | | | |
| 74 | Summary chart Reeves-PNA-Uresti-Galindo | X | | | |
| 75 | 12.2.05 CAR 5 Final Proposal Revisions | X | | | |
| 76 | 8.19.05 CAR submission to BOP | X | | | |
| 77 | 7.5.06 Email Farthing to Brock re update master language Reeves MSA | X | | | |
| 78 | 8.3.05 Email Farthing to Brock re changing GEO to Reeves | | X | | |
| 79 | 8.5.05 Email Farthing to GEO re sending signed proposal to GEO on CAR 5 R3 | X | | | |
| 80 | Payment from BOP to Reeves 2005-2018 | X | | | |
| 81 | Payments Reeves to PNA/CHC/CCS 2005-present | X | | | |
| 82 | List of MODS to CAR 5 BOP | X | | | |
| 83 | Summary chart payments PNA/Uresti/Galindo | X | | | |
| 84 | Summary chart per diem increase | X | | | |
| 85 | CAR 5 contract in total | | X | | |
| 86 | CAR 6 submission Reeves | | X | | |
| 87 | Summary Payments BOPS to Reeves total R1R2R3 | X | | | |

8

| | | | | | |
|---|---|---|---|---|---|
| 88 | 7.6.06 Email Farthing-Chiuminetta re changes to CAR 5 R3 | X | | | |
| 89 | Picture of Airplane | | | | |
| 100 | Broadway Uresti Law Firm Account Number 919231 | X | | | |
| 101 | The Uresti Law Firm IOLTA Chase Account Ending 3941 (July 2011 - Jan 2012) | X | | | |
| 102 | The Uresti Law Firm IOLTA Chase Account Ending 3941 (Jan 2012 - Dec 2013) | X | | | |
| 103 | The Uresti Law Firm IOLTA Chase Account Ending 3941 (Jan 2014 - Jan 2016) | X | | | |
| 104 | The Uresti Law Firm IOLTA Chase Account Ending 3941 (Jan 2016 - April 2017) | X | | | |
| 105 | The Uresti Law Firm Operating Account Ending in 3933 July 2011 - January 2012 | X | | | |
| 106 | The Uresti Law Firm Operating Account Ending in 3933 (August-September 2013) | X | | | |
| 107 | The Uresti Law Firm Operating Account Ending in 3933 (March 2014) | X | | | |
| 108 | BofA DBA Municipal Market Strategies 7845 | X | | | |

| | | | | | |
|---|---|---|---|---|---|
| 109 | Falcon Bank (Galindo) | X | | | |
| 110 | 3.2.07 check TPS to Galindo | X | | | |
| 111 | 6.21.07 check TPS to Galindo | X | | | |
| 112 | Trans Pecos Bank (provided by Galindo) | X | | | |
| 130 | Exparte Cover Letter | X | | | |
| 131 | ExParte 2007 TPS Tax Return | X | | | |
| 132 | Exparte 2008 TPS Tax Return | X | | | |
| 133 | Exparte TPS 2008 Form 1099s | X | | | |
| 134 | Exparte TPS Certified Lack of Record | X | | | |
| 135 | Exparte 2013 - 2015 IRPTRR The Uresti Law Firm | X | | | |
| 140 | Galindo Wage and Income Transcripts (2008-2012) | X | | | |
| 149 | PNA general ledger records | | X | | |
| 150 | PNA general ledger records | | X | | |
| 151 | PNA general ledger records | | X | | |
| 152 | Profit and loss by Class 2005-2011 | | X | | |
| 155 | Laborde Business Records Affidavit | | X | | |
| 156 | The ULF GL noting 2011 PNA deposits | X | | | |

Respectfully submitted,

                           **JOHN F. BASH**
                           UNITED STATES ATTORNEY

                    BY:  /s/*Joseph E. Blackwell*_____
                           JOSEPH E. BLACKWELL

Assistant U.S. Attorney
Texas Bar # 24045504
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7350
Joseph.Blackwell@usdoj.gov

*/s/ Sean B. O'Connell*
SEAN O'CONNELL
Assistant U.S. Attorney
Pennsylvania Bar No. 94331
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5597
Tel. (210) 384-7396
Fax (210) 384-7312
Sean.O'Connell@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on the 6th day of November, 2018, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System. A true and correct copy of this document has been provided to all counsel through the ECF system.

                                            /s/
                                  JOSEPH E. BLACKWELL
                                  Assistant United States Attorney