FILED
NOV 0 7 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

USA §
 §  CRIMINAL NO:
vs. § SA:17-CR-00380(2)-DAE
 §
(2) Vernon C. Farthing III §

## LIST OF WITNESSES
### Jury Trial

| FOR UNITED STATES | FOR DEFENDANT (2) |
|---|---|
| 1. Monroe E. Giese | 1. Roy Alvarado |
| 2. Charles Lewing | 2. Saul Herrera |
| 3. Roy Alvarado | 3. Vernon C. Farthing III |
| 4. Lori Schwartzmiller | 4. Kelly Rowe |
| 5. Liz Campos | 5. Robin Green |
| 6. Saul Herrera | 6. Dr. Vernon Farthing |
| 7. Jimmy Galindo | 7. Charles Key |
| 8. Carol Mace | 8. Charles "Chuck" Darter |
| 9. Don Houston | 9. Joseph Gunja |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |