UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: SA:17-CR-00380(2)-DAE |
| (2) Vernon C. Farthing III | § | |

# **Exhibit List**

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1 | 7.9.04 R3 PNA Reeves contract | Yes | 10/19/2018 11:33 AM | 10/19/2018 11:33 AM |
| Gov-2 | 2004 Jel 1 MS Proposal-UCF | Yes | 10/19/2018 11:33 AM | 10/19/2018 11:33 AM |
| Gov-3 | 7.5.05 email GEO to Farthing with CAR 5 announcement | Yes | 10/19/2018 11:34 AM | 10/19/2018 11:34 AM |
| Gov-4 | 7.13.05 letter PNA to GEO re HSA | Yes | 10/19/2018 11:34 AM | 10/19/2018 11:34 AM |
| Gov-5 | 7.18.05 letter PNA to GEO with new HSA proposal for R3 | Yes | 10/19/2018 11:34 AM | 10/19/2018 11:34 AM |
| Gov-6 | 7.21.05 email Brock to Farthing transmitting CAR 5 Contract PNA to GEO | Yes | 10/19/2018 11:34 AM | 10/19/2018 11:34 AM |
| Gov-7 | 7.21.05 email Farthing to GEO transmitting CAR 5 Contract | Yes | 10/19/2018 11:34 AM | 10/19/2018 11:34 AM |
| Gov-8 | 7.21.05 email Brock to Farthing with CAR 5 formal proposal | Yes | 10/19/2018 11:34 AM | 10/19/2018 11:34 AM |
| Gov-9 | 7.29.05 email Farthing to GEO with CAR 5 Medical Services Contract | Yes | 10/19/2018 11:34 AM | 10/19/2018 11:34 AM |
| Gov-10 | 8.5.05 email Brock to Farthing w CAR 5 formal contract | Yes | 10/19/2018 11:40 AM | 10/19/2018 11:40 AM |
| Gov-11 | 11.28.05 email GEO to Farthing with full medical CAR 5 submission including 8.10.05 full proposal signed by Farthing | Yes | 10/19/2018 11:42 AM | 10/19/2018 11:42 AM |
| Gov-12 | 9.1.06 letter Farthing submitting PNA proposal to Reeves County Commissioners for CAR 5 contract | Yes | 10/19/2018 11:42 AM | 10/19/2018 11:42 AM |
| Gov-13 | 6.30.06 email Farthing to GEO transmitting final CAR 5 PNA Contract 7.5.06 reply with GEO approval | Yes | 10/19/2018 11:42 AM | 10/19/2018 11:42 AM |
| Gov-14 | 7.31.06 Farthing to Gonzalez to Galindo re transmit contract | Yes | 10/26/2018 4:06 PM | 10/26/2018 4:06 PM |
| Gov-15 | 9.13.06 signed PNA Reeves contract | Yes | 10/19/2018 11:42 AM | 10/19/2018 11:42 AM |
| Gov-16 | 5.24.06 CAR 5 Award BOP to Reeves, 8.17.06 acceptance by Galindo | Yes | 10/19/2018 11:42 AM | 10/19/2018 11:42 AM |
| Gov-17 | 7.30.08 Email Farthing to Galindo requesting meeting | Yes | 10/19/2018 11:43 AM | 10/19/2018 11:43 AM |
| Gov-18 | 8.10.05 Formal PNA proposal to Reeves for CAR 5 contract | Yes | 10/19/2018 11:45 AM | 10/19/2018 11:45 AM |
| Gov-19 | 1.29.07 email Galindo Farthing re help on R1 R3 | Yes | 10/19/2018 11:45 AM | 10/19/2018 11:45 AM |
| Gov-20 | 2.5.07 Email Galindo Farthing re help on R1 | Yes | 10/19/2018 11:45 AM | 10/19/2018 11:45 AM |
| Gov-21 | 8.22.06 email Uresti Farthing Galindo re meeting and followup in Fort Stockton | Yes | 10/19/2018 11:45 AM | 10/19/2018 11:45 AM |
| Gov-22 | 9.12.06 Agenda Reeves County Commissioners Court | Yes | 10/19/2018 11:45 AM | 10/19/2018 11:45 AM |
| Gov-23 | 9.19.06 444pm Email Farthing to Galindo with proposed draft of Uresti letter | Yes | 10/19/2018 11:45 AM | 10/19/2018 11:45 AM |
| Gov-24 | 9.19.06 email Farthing-Galindo-Uresti with Galindo drafts of Uresti letter | Yes | 10/19/2018 11:45 AM | 10/19/2018 11:45 AM |
| Gov-25 | 9.20.06 email Farthing to Galindo with Uresti contract (unsigned) | Yes | 10/19/2018 11:45 AM | 10/19/2018 11:45 AM |

| | | | | |
|---|---|---|---|---|
| Gov-26 | 9.20.06 Uresti consulting letter (dated 9.15.06) with 9.20.06 $10,000 check | Yes | 10/19/2018 11:45 AM | 10/19/2018 11:45 AM |
| Gov-27 | 1.4.07 TPS formation | Yes | 10/19/2018 11:45 AM | 10/19/2018 11:45 AM |
| Gov-28 | 5.12.06 Email Galindo to Uresti TPS name available | Yes | 10/19/2018 11:45 AM | 10/19/2018 11:45 AM |
| Gov-29 | 5.17.06 Email Galindo to Uresti stating TPS opportunity | Yes | 10/19/2018 11:45 AM | 10/19/2018 11:45 AM |
| Gov-30 | Summary Reeves County to PNA for R1R2 2005-present | Yes | 10/29/2018 3:07 PM | 10/29/2018 3:07 PM |
| Gov-31 | 5.1.06 Email Galindo to Uresti with in kind contribution for flights | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-32 | 7.6.06 Email Farthing to GEO and Galindo with R1R2 proposal | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-33 | 11.27.06 Email Galindo –Farthing re working together in next year | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-34 | 2.13.07 Email Farthing Galindo transmitting R1R2 contract referencing verbal discussion | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-35 | 4.25.07 Email Farthing Galindo re meeting | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-36 | 9.6.07 email Galindo – Farthing re issues with R3 contract | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-37 | 3.12.07 R1R2 Contract | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-38 | 12.12.06 Notice to Proceed on R3 CAR 5 Contract signed by Galindo | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-39 | 10.27.06 Email Farthing-Darter re setting up auto payment | Yes | 10/23/2018 9:37 AM | 10/23/2018 9:37 AM |
| Gov-40 | 8.4.10 letter Farthing to Contreras renewal of PNA MSA contract | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-41 | 8.19.05 Reeves County GEO submission to BOP for CAR 5 | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-42 | 9.12.06 Audio Reeves County Commissioners' meeting | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-42-A | Transcript of 9.12.06 Audio Reeves County Commissioners' meeting | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-43 | 9.13.06 Audio Reeves County Commissioners' meeting p1 | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-43-A | 9.13.06 Audio Reeves County Commissioners' meeting p1 transcript | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-44 | 9.13.06 Audio Reeves County Commissioners' meeting p2 | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-44-A | 9.13.06 Audio Reeves County Commissioners' meeting p2 transcript | Yes | 10/19/2018 11:46 AM | 10/19/2018 11:46 AM |
| Gov-45 | 10.15.10 Email Farthing Lisa Uresti re backdated invoice | Yes | 10/19/2018 11:47 AM | 10/19/2018 11:47 AM |
| Gov-46 | 10.15.10 Email Farthing to Lisa Uresti asking to make back dated invoice | Yes | 10/19/2018 11:47 AM | 10/19/2018 11:47 AM |
| Gov-47 | Farthing HR File | Yes | 10/29/2018 9:16 AM | 10/29/2018 9:16 AM |
| Gov-48 | 9.19.06 531 PM Email Galindo to Farthing with suggestions on Uresti letter | Yes | 10/19/2018 11:47 AM | 10/19/2018 11:47 AM |
| Gov-49 | 1.20.11 email Galindo to Farthing with Uresti invoice | Yes | 10/19/2018 11:47 AM | 10/19/2018 11:47 AM |
| Gov-50 | 3.26.11 Email Galindo transmits Uresti invoice | Yes | 10/19/2018 11:47 AM | 10/19/2018 11:47 AM |

| Gov-51 | 4.27.11 Email Galindo to Farthing transmitting Uresti invoice | Yes | 10/19/2018 11:47 AM | 10/19/2018 11:47 AM |
|---|---|---|---|---|
| Gov-52 | 6.14.11 Email Farthing to Smith Frey stating Uresti is consultant services | Yes | 10/19/2018 11:47 AM | 10/19/2018 11:47 AM |
| Gov-53 | 1.5.12 Email Galindo to Farthing transmitting Uresti invoice and needing help with them | Yes | 10/19/2018 11:50 AM | 10/19/2018 11:50 AM |
| Gov-54 | 3.21.12 Email Farthing – Houston re Galindo calling complaining of money cut | Yes | 10/19/2018 11:50 AM | 10/19/2018 11:50 AM |
| Gov-55 | 3.22.12 Email Farthing trying to get Uresti invoice paid | Yes | 10/19/2018 11:50 AM | 10/19/2018 11:50 AM |
| Gov-56 | 9.30.16 Termination letter Uresti | Yes | 10/19/2018 11:50 AM | 10/19/2018 11:50 AM |
| Gov-58 | Uresti not licensed as lobbyist | Yes | 10/19/2018 11:50 AM | 10/19/2018 11:50 AM |
| Gov-59 | 9.26.11 Email Farthing Galindo sending and approving Uresti invoice | Yes | 10/19/2018 11:50 AM | 10/19/2018 11:50 AM |
| Gov-60 | 10.15.10 Email Farthing-Lisa Uresti-Jed Smith with back dated invoice | Yes | 10/19/2018 11:50 AM | 10/19/2018 11:50 AM |
| Gov-61 | 7.27.11 email Galindo Farthing re invoice being approved | Yes | 10/19/2018 11:50 AM | 10/19/2018 11:50 AM |
| Gov-62 | 5.29.11 Email Farthing approving Uresti invoice as transmitted by Galindo | Yes | 10/19/2018 11:50 AM | 10/19/2018 11:50 AM |
| Gov-63 | 6.27.11 Email Farthing stating will check with Jimmy to get Uresti invoice | Yes | 10/19/2018 11:50 AM | 10/19/2018 11:50 AM |
| Gov-64 | 3.8.12 email Farthing checking on status of payments to Uresti | Yes | 10/19/2018 11:50 AM | 10/19/2018 11:50 AM |
| Gov-65 | 1.14.09 email Farthing to Galindo stating forward billing address so PNA could pay expenses | Yes | 10/19/2018 11:50 AM | 10/19/2018 11:50 AM |
| Gov-66 | Summary Reeves County to PNA for R3 2005-present | Yes | 10/29/2018 9:59 AM | 10/29/2018 9:59 AM |
| Gov-68 | 9.23.10 Email Farthing-Galindo asking Uresti to send invoice | Yes | 10/19/2018 12:03 PM | 10/19/2018 12:03 PM |
| Gov-69 | Amendments to PNA-Reeves R3 CAR 5 contract | Yes | 10/19/2018 12:03 PM | 10/19/2018 12:03 PM |
| Gov-71 | 9.12.06 Minutes for Reeves County Commissioner court | Yes | 10/19/2018 12:04 PM | 10/19/2018 12:04 PM |
| Gov-72 | 1.17.07 Award of CAR 6 to Reeves | Yes | 10/19/2018 12:04 PM | 10/19/2018 12:04 PM |
| Gov-73 | 6.30.06 CAR 6 solicitation by Galindo | Yes | 10/19/2018 12:04 PM | 10/19/2018 12:04 PM |
| Gov-74 | Summary chart Reeves-PNA-Uresti- Galindo | Yes | 10/29/2018 3:08 PM | 10/29/2018 3:08 PM |
| Gov-75 | 12.2.05 CAR 5 Final Proposal Revisions | Yes | 10/19/2018 12:04 PM | 10/19/2018 12:04 PM |
| Gov-76 | 8.19.05 CAR submission to BOP | Yes | 10/19/2018 12:04 PM | 10/19/2018 12:04 PM |
| Gov-77 | 7.5.06 Email Farthing to Brock re update master language Reeves MSA | Yes | 10/19/2018 12:04 PM | 10/19/2018 12:04 PM |
| Gov-78 | 8.3.05 Email Farthing to Brock re changing GEO to Reeves | Yes | 10/19/2018 12:04 PM | 10/19/2018 12:04 PM |
| Gov-79 | 8.5.05 Email Farthing to GEO re sending signed proposal to GEO on CAR 5 R3 | Yes | 10/19/2018 12:04 PM | 10/19/2018 12:04 PM |
| Gov-80 | Payment from BOP to Reeves 2005-2018 | Yes | 10/29/2018 10:00 AM | 10/29/2018 10:00 AM |
| Gov-81 | Payments Reeves to PNA CHC CCS 2005-present | Yes | 10/25/2018 10:08 AM | 10/25/2018 10:08 AM |

| | | | | |
|---|---|---|---|---|
| Gov-83 | REVISEDSummary of Uresti-Galindo Payments FINAL | Yes | 10/29/2018 10:07 AM | 10/29/2018 3:13 PM |
| Gov-85 | CAR 5 contract in total | Yes | 10/19/2018 12:05 PM | 10/19/2018 12:05 PM |
| Gov-86 | CAR 6 submission Reeves | Yes | 10/19/2018 12:05 PM | 10/19/2018 12:05 PM |
| Gov-87 | Summary Payments BOPS to Reeves total R1R2R3 | Yes | 10/29/2018 9:58 AM | 10/29/2018 9:58 AM |
| Gov-88 | 7.6.06 EMAIL farthing to chiuminetta re chages | Yes | 11/6/2018 2:05 PM | 11/6/2018 2:05 PM |
| Gov-89 | PNA plane | Yes | 11/5/2018 3:34 PM | 11/5/2018 3:34 PM |
| Gov-100 | Broadway Uresti Law Firm Account Number 919231 | Yes | 10/19/2018 2:22 PM | 10/19/2018 2:22 PM |
| Gov-101 | The Uresti Law Firm IOLTA Chase Account Ending 3941 (July 2011 - Jan 2012) | Yes | 10/19/2018 9:32 AM | 10/19/2018 9:32 AM |
| Gov-102 | The Uresti Law Firm IOLTA Chase Account Ending 3941 (Jan 2012 - Dec 2013) | Yes | 10/19/2018 9:32 AM | 10/19/2018 9:32 AM |
| Gov-103 | The Uresti Law Firm IOLTA Chase Account Ending 3941 (Jan 2014 - Jan 2016) | Yes | 10/19/2018 9:32 AM | 10/19/2018 9:32 AM |
| Gov-104 | The Uresti Law Firm IOLTA Chase Account Ending 3941 (Jan 2016 - April 2017) | Yes | 10/19/2018 9:32 AM | 10/19/2018 9:32 AM |
| Gov-105 | The Uresti Law Firm Operating Account Ending in 3933 July 2011 - January 2012 | Yes | 10/19/2018 9:33 AM | 10/19/2018 9:33 AM |
| Gov-106 | The Uresti Law Firm Operating Account Ending in 3933 (August-September 2013) | Yes | 10/19/2018 9:33 AM | 10/19/2018 9:33 AM |
| Gov-107 | The Uresti Law Firm Operating Account Ending in 3933 (March 2014) | Yes | 10/19/2018 9:33 AM | 10/19/2018 9:33 AM |
| Gov-108 | BofA DBA Municipal Market Strategies 7845 | Yes | 10/19/2018 9:33 AM | 10/19/2018 9:33 AM |
| Gov-109 | Falcon Bank (Galindo) | Yes | 10/19/2018 9:33 AM | 10/19/2018 9:33 AM |
| Gov-110 | 3.2.07 check TPS to Galindo | Yes | 10/19/2018 9:30 AM | 10/19/2018 9:30 AM |
| Gov-111 | 6.21.07 check TPS to Galindo | Yes | 10/19/2018 9:30 AM | 10/19/2018 9:30 AM |
| Gov-112 | Trans Pecos Bank | Yes | 10/19/2018 9:34 AM | 10/19/2018 9:34 AM |
| Gov-130 | Exparte Cover Letter | Yes | 10/19/2018 9:34 AM | 10/19/2018 9:34 AM |
| Gov-131 | ExParte 2007 TPS Tax Return | Yes | 10/19/2018 9:34 AM | 10/19/2018 9:34 AM |
| Gov-132 | Exparte 2008 TPS Tax Return | Yes | 10/19/2018 9:35 AM | 10/19/2018 9:35 AM |
| Gov-133 | Exparte TPS 2008 Form 1099s | Yes | 10/19/2018 9:35 AM | 10/19/2018 9:35 AM |
| Gov-134 | Exparte TPS Certified Lack of Record | Yes | 10/19/2018 9:35 AM | 10/19/2018 9:35 AM |
| Gov-135 | Exparte 2013 - 2015 IRPTRR The Uresti Law Firm | Yes | 10/19/2018 9:36 AM | 10/19/2018 9:36 AM |
| Gov-140 | Galindo Wage and Income Transcripts (2008-2012) | Yes | 10/19/2018 9:36 AM | 10/19/2018 9:36 AM |
| Gov-189 | PNA general ledger records | Yes | 10/19/2018 9:37 AM | 10/19/2018 9:37 AM |
| Gov-150 | PNA General Ledger Carlos Uresti Payments | Yes | 10/19/2018 9:37 AM | 10/19/2018 9:37 AM |

| Gov-151 | PNA General Ledger Uresti Law Firm Payments | Yes | 10/19/2018 9:37 AM | 10/19/2018 9:37 AM |
|---|---|---|---|---|
| Gov-156 | The ULF GL noting 2011 PNA deposits | Yes | 10/29/2018 10:03 AM | 10/29/2018 10:03 AM |
| Def-Farthing-1 | Farthing 2002 Aug 1 HS Agreement | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-2 | Farthing 2004 Jul 1 MS Proposal-UCF | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-3 | Farthing 2005 Mar 1 MS Proposal-UCF | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-6 | Farthing 2005 Aug 19 MS Proposal-UCF | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-7 | Farthing 2005 Jul 13 Proposal-UCF | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-8 | Farthing 2005 Jul 21 MS Proposal-UCF(2) | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-9 | Farthing 2005 Jul 21 MS Proposal-UCF(3) | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-10 | Farthing 2005 Jul 21 MS Proposal-UCF | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-12 | Farthing 2005 Jul 29 MS Proposal-UCF(3) | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-13 | Farthing 2005 Jul 29 MS Proposal-UCF | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-14 | Farthing 2005 Nov 28 MS Proposal-UCF | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-16 | Farthing 2006 Jul 31 MS Proposal-UCF | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-17 | Farthing 2006 Jun 30 MS Proposal-UCF | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-18 | Farthing CAR 5 RFP | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-19 | Farthing CAR6 RFP | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-23 | Farthing Staffing for R3 | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-38 | Farthing Letter to McDaniel regarding R3 bid | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-46 | Farthing CAR5 email to McDaniel | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-70 | Farthing Commissioners Order on Sublease Agreement | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |

| Def-Farthing-71 | Farthing Certificate of Order on Sublease Agreement | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
|---|---|---|---|---|
| Def-Farthing-76 | Farthing PNA Profit and Loss Jan-Dec 2004 | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-77 | Farthing Reeves Commissioners Court Jan 2005 Meeting Minutes | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-80 | Farthing RCDC3 Lease Agreement with GEO | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-81 | Farthing RCDC3 Lease Agreement with GEO | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-83 | Farthing Reeves Commissioners Court April 2005 Meeting Minutes | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-85 | Farthing 2nd Restated RCDC3 Reeves GEO Management Agreement | Yes | 10/24/2018 9:15 AM | 11/6/2018 2:53 PM |
| Def-Farthing-86 | Farthing Reeves Commissioners Court May 2005 Meeting Minutes | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-87 | Farthing Reeves Commissioners Court June 05 Meeting Minutes | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-90 | Farthing CAR5 Solicitation May 2005 | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-97 | Farthing Reeves Commissioners Court July 2005 Meeting Minutes | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-131 | Farthing email to GEO with CAR5 Contract | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-133 | Farthing Email to GEO with CAR5 Proposal | Yes | 10/29/2018 11:00 AM | 10/29/2018 11:02 AM |
| Def-Farthing-139 | Farthing Block email with R3 Contract | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-143 | Farthing Reeves Commissioners Aug 2005 Meeting Minutes | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-147 | Farthing PNA Reeves R3 Contract | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-148 | Farthing McDaniel email on R3 CAR5 proposal | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-153 | Farthing Reeves GEO RCDC Management Amendments and CAR6 Authorization | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-158 | Farthing Reeves Commissioners Sept 2005 Meeting Minutes | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-163 | Farthing Reeves Commissions Oct 2005 Meeting Minutes | Yes | 10/19/2018 12:39 PM | 10/19/2018 12:39 PM |
| Def-Farthing-166 | Farthing FBOP Viral Hepatitis Guidelines | Yes | 10/30/2018 1:46 PM | 10/30/2018 1:46 PM |

| Def-Farthing-172 | Farthing Reeves Commissioners Nove 2005 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
|---|---|---|---|---|
| Def-Farthing-174 | Farthing Email from Albert Chiuminetta on CAR5 | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-182 | Farthing Reeves Commissioners December 2005 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-190 | Farthing Reeves Commissioners Jan 2006 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-193 | Farthing FBOP Management of Lipid Disorders | Yes | 10/30/2018 1:47 PM | 10/30/2018 1:47 PM |
| Def-Farthing-195 | Farthing Reeves Commissioners Feb 2006 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-198 | Farthing Reeves Commissioners Mar 2006 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-207 | Farthing Reeves Commissioners April 2006 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-213 | Farthing Reeves Commission May 2006 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-225 | Farthing Reeves Commissioners June 2006 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-228 | Farthing BOP Management of HIV | Yes | 10/30/2018 1:48 PM | 10/30/2018 1:48 PM |
| Def-Farthing-243 | Farthing GEO email on R3 Contract language | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-244 | Farthing GEO email on contract review | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-247 | Farthing PNA Reeves R1R2 Contract | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-250 | Farthing R3 CAR5 Contract | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-251 | Farthing CAR5 R3 | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-252 | Farthing CAR6 email | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-255 | Farthing Reeves R1R2 CAR6 email with GEO | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-256 | Farthing PNA submittal of CAR6 Proposal | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-258 | Farthing Last page of CAR6 Proposal | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-262 | Farthing Email from Jedidiah Dalby CAR6 | Yes | 10/24/2018 9:18 AM | 10/24/2018 9:18 AM |

| Def-Farthing-263 | Farthing Reeves Commissioners July 2006 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
|---|---|---|---|---|
| Def-Farthing-266 | Farthing Exhibit A for CAR6 | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-268 | Farthing Jedidiah email on Pecos R3 CAR5 and R1R2 CAR6 | Yes | 10/23/2018 9:33 AM | 10/23/2018 9:33 AM |
| Def-Farthing-276 | Farthing Reeves Commissioners Aug 2006 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-280 | Farthing Reeves Request for Proposeals for R3 | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-281 | Farthing R3 CAR5 and CAR^ Proposal to GEO | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-282 | Farthing PNA Reeves R1R2 | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-283 | Farthing Uresti email on Fort Stockton meeting | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-284 | Farthing Email response to Uresti | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-288 | Farthing Email response to Uresti | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-292 | Farthing Reeves Commissioners Sept 2006 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-296 | Farthing Uresti Contract | Yes | 10/24/2018 9:12 AM | 10/24/2018 9:12 AM |
| Def-Farthing-297 | Farthing Reeves Commissioners Oct 2006 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-303 | Farthing Email to set up Payment for Uresti | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-310 | Farthing Reeves Commissioners Nov 2006 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-313 | Farthing Reeves Commissioners Dec 2006 Meeting Minutes | Yes | 10/19/2018 12:40 PM | 10/19/2018 12:40 PM |
| Def-Farthing-369 | Farthing GEO Letter to Reeves | Yes | 10/19/2018 4:24 PM | 10/19/2018 4:24 PM |
| Def-Farthing-373 | Farthing CHC Uresti Consulting Agreement | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-374 | Farthing CHC Uresti Amendment 1 to Consulting Agreement | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-380 | Farthing CHC Uresti Agreement | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-386 | Farthing CHC Reeves R1R2 Addendum | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |

| Def-Farthing-387 | Farthing CHC Reeves R3 | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| --- | --- | --- | --- | --- |
| Def-Farthing-389 | Farthing CHC PNA Certificare of Purchaser | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-390 | Farthing CHC Stock Purchase Agreement | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-391 | Farthing CHC Stock Purchase Agreement | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-392 | Farthing Company and Sellers Disclosure for Stock Purchase | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-393 | Farthing PNA Certificate of Conversion | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-394 | Farthing Contribution Agreement | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-395 | Farthing Termination Agreement PNA and Farthing | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-396 | Farthing Employment Agreement CHC and Farthing | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-397 | Farthing Independent Contractor Agreement PNA Dr Farthing | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-398 | Farthing EMC and CHC Management Agreement | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-399 | Farthing CHC Farthing Escrow Agreement | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-400 | Farthing Landlord Estoppel Certificate PNA | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-401 | Farthing Collateral Access Agreement | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-402 | Farthing CHC Delaware Corp Docs | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-403 | Farthing Closing Certificate of Purchaser | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-404 | Farthing Certificate of Account Status | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-405 | Farthing UCC Financing Statement | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-406 | Farthing Assignment of Goodwill | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-407 | Farthing Joinder Agreement | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-408 | Farthing Closing Sequence and Flow of Funds | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |

| Def-Farthing-409 | Farthing CHC Delaware Corp | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
|---|---|---|---|---|
| Def-Farthing-410 | Farthing CHC Stock Certificates | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-411 | Farthing CHC Email on Accepted Form | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-419 | Farthing Perferred Stock Puchase Agreement CHC | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-420 | Farthing PNA Reeves R1R2 Contract | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-421 | Farthing PNA Reeves R3 Contract | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-422 | Farthing PNA Reeves R1R2 Contract | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-444 | Farthing PNA Profit and Loss for Jan-Dec 2005 | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-446 | Farthing CAR5 Tecchnical Proposal | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-447 | Farthing Reeves Technical Proposal CAR5 | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-449 | Farthing BOP Reeves Award Letter CAR5 | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-452 | Farthing Galindo Trans Pacos Bank Record_Redacted | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-454 | Farthing Uresti Email on FOrt Stockton | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-455 | Farthing PNA Email on Payment of Uresti | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-456 | Farthing Galindo Emails | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-458 | Farthing CAR6 Congratulations Email | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-461 | Farthing Galindo Email Reimburse Medical Costs | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-462 | Farthing Galindo Check Images_Redacted | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-463 | Farthing Galindo Uresti Emails | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-467 | Farthing PNA Reeves R1R2 Amendment 3 | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-468 | Farthing Galindo Email | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |

| | | | | |
|---|---|---|---|---|
| Def-Farthing-469 | Farthing Galindo Email with R1R2 Contract | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-470 | Farthing PNA Reeves R1R2 Contract | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-474 | Farthing Galindo Farthing Email on R1 | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-476 | Farthing Galindo emails | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-480 | Farthing PNA Memo to Reeves on Laboratory | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-490 | Farthing Galindo Invoice | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-491 | Farthing Galindo Email Uresti Invoice | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-498 | Farthing Johnson Email New Financial Policy | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-501 | Farthing PNA Reeves Amendment 1 | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-503 | Farthing PNA Reeves Amendment 3 | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-505 | Farthing PNA Reeves Amendment 4 R3 | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-506 | Farthing PNA Reeves Amendment 4 R1R2 | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-521 | Farthing McDaniel CAR5 Solicitation Email | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-526 | Farthing Nov 2005 American Express_Redacted | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-528 | Farthing American Express Jan 2005_Redacted | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-529 | Farthing American Express Feb 2006_Redacted | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-531 | Farthing May 2006 FBOP Request for Proposals | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-532 | Farthing FBOP Solicitations and Amendments | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-536 | Farthing BOP Solicitation Modifications | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-539 | Farthing CAR6 Pecos Email to Brock | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-540 | Farthing American Express Aug 2006_Redacted | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |

| Def-Farthing-541 | Farthing American Express Selection August 2006 | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
|---|---|---|---|---|
| Def-Farthing-542 | Farthing Check from PNA to Uresti_Redacted | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-544 | Farthing Galindo Trans Pecos Bank Account_Redacted | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-548 | Farthing BOP May 2006 Award Package | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-559 | Farthing Galindo Settlement | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-560 | Farthing CHC Email on Consulting Payment | Yes | 10/19/2018 12:41 PM | 10/19/2018 12:41 PM |
| Def-Farthing-562 | Farthing ACLU Report | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-564 | Farthing Reeves Images | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-566 | Farthing RCDC 1 Building Plans | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-574 | Farthing Transcript of Reeves Commissioners Court | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-575 | Farthing Reeves Commissioners Court Transcript | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-577 | Farthing Google Image of Reeves | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-579 | Farthing American Express Dec 2005_Redacted | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-581 | Farthing 00_Audio_881sept 12th 2nd.wav | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-582 | Farthing 00_Audio_882_sept 11th.wav | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-583 | Farthing 00_Audio_880sept 12th.wav | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-585 | Farthing Jail riot photos - marked | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-586 | Farthing 1099's for payment PNA Uresti | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-587 | Farthing 1099's for payments Uresti to Galindo | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-592 | Farthing Copies of Checks | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |

| | | | | |
|---|---|---|---|---|
| Def-Farthing-594 | Farthing Reeves County Experience from CAR5 Solicitation | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-596 | Farthing Senate District 19 map | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-605 | Farthing CAR6 project | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-606 | Farthing CAR6 solicitation amendment | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-607 | Farthing modifications | Yes | 10/19/2018 12:42 PM | 10/19/2018 12:42 PM |
| Def-Farthing-617 | Farthing PNA email to Jeddiah-Amended | Yes | 10/23/2018 2:18 PM | 10/23/2018 2:18 PM |
| Def-Farthing-662 | Farthing Galindo Plea Agreement | Yes | 10/26/2018 11:27 AM | 10/26/2018 11:27 AM |
| Def-Farthing-665 | Farthing PNA office photo | Yes | 10/29/2018 11:26 AM | 10/29/2018 11:26 AM |
| Def-Farthing-666 | Farthing Office photo | Yes | 10/29/2018 3:37 PM | 10/29/2018 3:37 PM |
| Joint-1 | Stipulation of Facts | Yes | 10/15/2018 3:30 PM | 10/15/2018 3:30 PM |