UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
NOV 0 9 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | No. SA:17-CR-380-DAE (2) |
| Plaintiff, | § | |
| vs. | § | |
| VERNON C. FARTHING, III, | § | |
| Defendant. | § | |

## VERDICT FORM FOR DEFENDANT VERNON C. FARTHING, III

We, the jury in the above-captioned case, unanimously return the following verdicts:

### COUNT ONE

As to Count One of the Indictment (Conspiracy to Commit Bribery), we the jury unanimously find the defendant, **VERNON C. FARTHING, III,**

GUILTY _____          NOT GUILTY __✓__

(If you find the Defendant guilty of Count One, you must next consider whether the Defendant nevertheless withdrew from the conspiracy prior to May 16, 2012).

Did the defendant **VERNON C. FARTHING, III,** prove by a preponderance of the evidence that he withdrew from the offense of Conspiracy to Commit Bribery as charged in Count One of the Indictment prior to May 16, 2012.

_____          _____
WITHDREW FROM CONSPIRACY          DID NOT WITHDRAW FROM CONSPIRACY

1

## COUNT TWO

As to Count Two of the Indictment (Conspiracy to Launder Monetary Instruments), we the jury unanimously find the defendant, **VERNON C. FARTHING, III,**

GUILTY \_\_\_\_\_    NOT GUILTY ✓

(If you find the Defendant guilty of Count Two, you must next consider whether the Defendant nevertheless withdrew from the conspiracy prior to May 16, 2012).

Did the defendant **VERNON C. FARTHING, III,** prove by a preponderance of the evidence that he withdrew from the offense of Conspiracy to Commit Money Laundering as charged in Count Two of the Indictment prior to May 16, 2012.

WITHDREW FROM CONSPIRACY    DID NOT WITHDRAW FROM CONSPIRACY

11/9/18
Date    [signature] Foreperson

2